UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOZANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA KNUDSON, et al.,<br><br>　　　　　Defendant. | NO. EDCV 13-143-JVS (AGR)<br><br>ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.

　　　　The Report and Recommendation was filed and mailed to Plaintiff's address of record on March 13, 2015. (Dkt. Nos. 81-82.) The postal service returned the court's Notice of Filing Report and Recommendation, and the Report itself, with a stamp that states: "returned to sender," "not deliverable as addressed" and "unable to forward." (Dkt. Nos. 83-84.) The telephone number that Plaintiff provided to the court is not valid and attempts to reach Plaintiff through that number have been unsuccessful.

　　　　Local Rule 41-6 provides: "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen

(15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

 Plaintiff has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address and telephone number. The Court has no means of contacting Plaintiff.

 Accordingly, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED: March 31, 2015

JAMES V. SELNA
United States District Judge

2