UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOZANO,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICIA KNUDSON, et al.,<br><br>  Defendants. | NO. EDCV 13-143-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendation of the Magistrate Judge.

On March 13, 2015, the Magistrate Judge recommended that Defendants' motion for summary judgment be granted except with respect to Defendant Montenegro, for whom the recommendation was made without prejudice to Plaintiff's ability to file objections with evidence as set forth in the Report. (Dkt. No. 81 at 15.)

1  After Plaintiff had not filed objections and mail sent to him was returned as
2  undeliverable, the Court dismissed the case without prejudice for failure to
3  prosecute on March 31, 2015. (Dkt. No. 85.) On April 29, 2015, Plaintiff once
4  again contacted the court. The Court vacated its March 31 dismissal order on
5  May 29, 2015 and granted Plaintiff 30 days to file objections as described in the
6  Report. (Dkt. No. 88.)

7  Subsequently, Plaintiff filed many motions complaining that the West Valley
8  Detention Center ("WVDC"), where Plaintiff is currently incarcerated, was denying
9  him access to the law library so he could file objections. (Dkt. Nos. 91-98, 101,
10 106-07.) Ultimately, the WVDC provided Plaintiff with access to the library.

11 Plaintiff then complained that he did not have the medical records he
12 needed to file objections. Although Defendants had already produced those
13 records, on July 15, 2015, the Magistrate Judge ordered Defendants to produce
14 them again. (Dkt. No. 110.) Defendants complied on July 27, 2015. (Dkt. No.
15 114.)

16 Plaintiff also argued that the library did not give him all the documents he
17 requested. The Magistrate Judge found Plaintiff's requests to the library to be
18 irrelevant to his objections. On July 31, 2015, the Magistrate Judge reminded
19 Plaintiff that his objections were due on August 12, 2015, and admonished
20 Plaintiff that absent extraordinary circumstances, which had not been shown to
21 date, no further extensions of time would be granted. (Dkt. No. 116.)

22 Plaintiff filed objections on August 17, 2015. (Dkt. No. 121.) Plaintiff
23 alleges that the records produced by Defendants do not contain Dr. Montenegro's
24 progress notes related to Plaintiff's "medical need for my glaucoma." (*Id.* at 1.)
25 Plaintiff did not dispute that he used eye drops for glaucoma. (Report at 3-4.)
26 Plaintiff has not rebutted Dr. Macy's declaration that Plaintiff's loss of vision is not
27 due to glaucoma or treatment for glaucoma. (*Id.* at 6.) Plaintiff has not rebutted
28

2

Dr. Macy's declaration that the multiple injections Plaintiff received for severe diabetic retinopathy was within the standard of care. (*Id.*) Plaintiff has failed to create a genuine issue of material fact as to his claim against Dr. Montenegro.

On August 31, 2015, Plaintiff filed additional objections. Plaintiff claims that Defendants never provided medical records to him until ordered by the court and that he obtained them himself. (Additional Objections at 1.) Plaintiff accuses Defendants of not copying the records properly. (*Id.* at 2.) Plaintiff again alleges that access to the law library is insufficient but raises nothing new. (*Id.* at 2-3.) Plaintiff still fails to create a genuine issue of material fact as to his claim against Dr. Montenegro.

Plaintiff's remaining objections are without merit.

IT IS ORDERED that Defendants' motion for summary judgment be granted and judgment entered dismissing the action with prejudice.

All pending motions are DENIED.

DATED: September 2, 2015

_____
JAMES V. SELNA
United States District Judge

3