UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOZANO,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICIA KNUDSON, et al.,<br><br>    Defendants. | NO. EDCV 13-143-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants and the action is dismissed with prejudice.

DATED: September 2, 2015

_____
JAMES V. SELNA
United States District Judge